IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES BOFINGER,                       *

     Plaintiff,                      *

vs.                                   *
                              CASE NO. 4:10-CV-67 (CDL)
TONY WASHINGTON, Warden, and          *
BOARD OF PARDONS AND PAROLES,
                              *

     Defendants.                     *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 30, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 15th day of July, 2010.


                                  S/Clay D. Land
                                   CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE